[No. 31436-3-II.   Division Two.   March 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. FENTON RICHARD AUTHIER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 02-1-00164-4, Kenneth D. Williams, J., and Susan Owens, J. Pro Tem., entered February 18, 2004. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 31440-1-II.   Division Two.   March 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES V. FISHER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 03-1-00244-8, F. Mark McCauley, J., entered February 9, 2004. *Affirmed* by unpublished opinion per Morgan, A.C.J., concurred in by Houghton and Armstrong, JJ.

[No. 31603-0-II.   Division Two.   March 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS DEE THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 03-1-00451-5, David R. Draper, J., entered March 25, 2004. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 31680-3-II.   Division Two.   March 8, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 04-1-00014-9, Toni A. Sheldon, J., entered April 1, 2004. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.